| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| DARIO MORROW, | § | | |
| | § | | |
| Petitioner, | § | | |
| | § | | |
| versus | § | CIVIL ACTION NO. 1:12-CV-459 |
| | § | | |
| CARLOS RIVERA, | § | | |
| | § | | |
| Respondent. | § | | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Dario Morrow, an inmate confined at the Federal Correctional Institution at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be dismissed.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing the petition in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 2nd day of January, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE